◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA A. MONTEMARO, Appellant. [768 NYS2d 899]—Appeal from a judgment of Ontario County Court (Doran, J.), entered February 20, 2002, convicting defendant after a jury trial of, inter alia, assault in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant contends that he was denied effective assistance of counsel because defense counsel prevented defendant from exercising his right to testify at trial. That contention, however, rests primarily on matters outside the record and thus is not properly raised on direct appeal (*see People v Bennett*, 284 AD2d 338 [2001], *lv denied* 96 NY2d 898 [2001]; *People v Martin*, 271 AD2d 459 [2000], *lv denied* 95 NY2d 868 [2000]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELLE AMES, Appellant. [768 NYS2d 899]—Appeal from a judgment of Supreme Court, Erie County (Rossetti, J.), entered June 21, 2002, convicting defendant after a nonjury trial of assault in the third degree (six counts) and endangering the welfare of a child (two counts).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Balkum*, 288 AD2d 910 [2001]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.